FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. EVER ALEXANDER PEREZ, DEFENDANT(S). | CASE NUMBER 2:16-MJ-00715-DUTY ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>April 11</u>, <u>2016</u>, at <u>11:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>E</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: April 6, 2016

Karen L. Stevenson
U.S. District Judge/Magistrate Judge